```
         Law Offices of
1     TONON & ASSOCIATES
        Post Office Box 2536
2      Truckee, California 96160
           Tel. (530) 587-0333
3          Fax. (530) 587-1545
      Gayle K. Tonon, Esq. (SBN 110427)
4
      Attorneys for Defendant: Citrus Heights
5     Police Department, Brian Barron, Janet
      Schaefer, D. Christensen, Christine Ford
6     and Chris Boyd
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARR OOLEY, JANIS STARKEY, | Case No. 2:12-CV-00095-JAM-CKD |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AS TO THE PLAINTIFF, GARR OOLEY, AND ORDER THEREON** |
| vs. | |
| CITRUS HEIGHTS POLICE DEPARTMENT, BRIAN BARRON, JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE FORD, CHRIS BOYD, LELAND MURRAY, STEPHANIE MURRAY, MARY MURRAY, NICOLAS MAURER, YVONNE STEINER MAURER, MICHELLE KIRWAN, TREVOR KIRWAN, DREAMA C. LARISH, ANTHONY LARISH, JONATHAN HANLY, ALAN SPINNER | COMPLAINT FILED: 01/12/2012<br>TRIAL DATE: NONE |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties to the within action through their respective attorneys of record as follows:

    Plaintiffs, GARR OOLEY and JANIS STARKEY, through their attorneys of record, Herman Franck of Franck & Associates, hereby agree and stipulate that the Defendants, CITRUS HEIGHTS POLICE DEPARTMENT, BRIAN BARRON, JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE

---

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AS TO THE PLAINTIFF, GARR OOLEY, AND "PROPOSED" ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

FORD and CHRIS BOYD, represented by attorney Gayle K. Tonon of Tonon & Associates, may have up to and including ten (10) days following the ruling on the Defendants' Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and (6), as to the Plaintiff, JANIS STARKEY, currently set for hearing on April 4, 2012, to respond to the Complaint as to the Plaintiff, GARR OOLEY, depending upon the ruling of the Court.

SO STIPULATED.

Dated: February 14, 2012   **FRANCK & ASSOCIATES**


By: _/s/Elizabeth Betowski_____
ELIZABETH BETOWSKI
HERMAN FRANCK, ESQ.
Attorneys for Plaintiffs,
GARR OOLEY and JANIS STARKEY

Dated: February 14, 2012   **TONON & ASSOCIATES**


By: _/s/Gayle K. Tonon_____
GAYLE K. TONON, ESQ.
Attorneys for Defendants,
CITRUS HEIGHTS POLICE
DEPARTMENT, BRIAN BARRON,
JANET SCHAEFER, D. CHRISTENSEN,
CHRISTINE FORD and CHRIS BOYD


SO ORDERED.

DATED:  2/14/2012               /s/ John A. Mendez_____   ___
                                Honorable John A. Mendez
                                United States District Court Judge

(CCH1201)P020812.StipExtendTime

---

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AS TO THE PLAINTIFF, GARR OOLEY, AND "PROPOSED" ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com