| | |
|---|---|
| 1 | Keith D. Cable, Esq., SBN |
|   | Mark T. Gallagher, Esq., SBN 180541 |
| 2 | **CABLE GALLAGHER** |
|   | 101 Parkshore Drive, Suite 100 |
| 3 | Folsom, CA  95630 |
|   | 916/608-7995 Tel. |
| 4 | 916/608-7986 Fax |
| 5 | Attorney for Defendants |
|   | Michelle R. Kirwan, Trevor Kirwan, |
| 6 | Leland Murray Jr., Mary Murray, |
|   | Stephanie Murray, Anthony Larish, |
| 7 | Dreama Larish, Alan Spinner, and |
|   | Jonathan Hanly, Nicolas Maurer, |
| 8 | And Yvonne Pickering erroneously |
|   | sued as Yvonne Steiner Maurer |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARR OOLEY, JANIS STARKEY | Case No:  2:12-cv-00095-JAM-CKD |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO TO FILE A RESPONSIVE PLEADING ON BEHALF OF  NICOLAS MAURER and YVONNE PICKERING ERRONOUSLY SUED AS YVONNE STEINER MAURER** |
| vs. | |
| CITRUS HEIGHTS POLICE DEPARTEMENT, BRIAN BARRON, JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE FORD, CHRIS BOYD, LELAND MURRAY, STEPHANIE MURRAY, MARY MURRAY, NICOLAS MAURER, YVONNE STEINER MAURER, MICHELLE KIRWAN, TREVOR KIRWAN, DREAMA C. LARISH, ANTHONY LARISH, JONATHAN HANLY, ALAN SPINNER | |
| Defendant(s). | |

   IT IS HEREBY STIPULATED by and between the parties to the above-captioned action

through their respective attorneys of record as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1 | Plaintiffs GARR OOLEY and JANIS STARKEY, through their attorneys of record, Herman Franck of Franck & Associates, hereby agree and stipulate that the Defendants, NICOLAS MAURER and YVONNE PICKERING (erroneously sued and served herein as YVONNE STEINER MAURER) represented by Mark Gallagher of Cable Gallagher, may have up to and including twenty (20) days following the ruling on the Defendants' motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12 (b) (6), 1331, and 1367, to respond to the Complaint.

SO STIPULATED

Dated: April 19, 2012                                  **FRANCK & ASSOCIATES**


By:   /s/ Elizabeth Betowski
       Elizabeth Betowski
       Herman Franck
       Attorneys for Plaintiffs
       Garr Ooley and Janis Starkey


Dated: April 19, 2012                                  **CABLE GALLAGHER**


By:   /s/ Keith D. Cable
       Keith D. Cable
       Attorney for Defendants
       Michelle R. Kirwan, Trevor Kirwan,
       Leland Murray Jr., Mary Murray,
       Stephanie Murray, Anthony Larish,
       Dreama Larish, Alan Spinner, and
       Jonathan Hanly, Nicolas Maurer,
       And Yvonne Pickering erroneously
       sued as Yvonne Steiner Maurer

SO ORDERED.

Dated:  April 19, 2012                                 /s/ John A. Mendez
                                                       Honorable John A. Mendez
                                                       United States District Court Judge

STIPULATION                                                                  Page 2

PDF created with pdfFactory trial version www.pdffactory.com