1  Law Offices of
   **TONON & ASSOCIATES**
2  Post Office Box 2536
   Truckee, California 96160
3       Tel. (530) 587-0333
        Fax. (530) 587-1545
4  Gayle K. Tonon, Esq. (SBN 110427)

5  Attorneys for Defendant: Citrus Heights
   Police Department, Brian Barron, Janet
6  Schaefer, Daman Christensen, Christine Ford
   and Chris Boyd

7

8
            **UNITED STATES DISTRICT COURT**
9
            **EASTERN DISTRICT OF CALIFORNIA**
10

11                                      )
    GARR OOLEY,                          )
12                                      ) Case No. 2:12-CV-00095-JAM-CKD
                Plaintiff,              )
13                                      ) **JUDGMENT ON AWARD OF ATTORNEY'S**
    vs.                                 ) **FEES AND NOTICE OF ENTRY OF**
14                                      ) **JUDGMENT**
                                        )
15  CITRUS HEIGHTS POLICE DEPARTMENT,   )
    BRIAN BARRON, JANET SCHAEFER, D.    )
16  CHRISTENSEN, CHRISTINE FORD, CHRIS  ) COMPLAINT FILED: 01/12/2012
    BOYD, NICOLAS MAURER,               ) TRIAL DATE:      02/24/2014
17                                      )
                Defendants.             )
18                                      )
    _____)
19

20      DECISION BY THE COURT.  This action as to the Plaintiff, JANIS

21  STARKEY, came to trial or hearing before the Court.  The issues have

22  been tried or heard and a decision has been rendered.

23      IT IS ORDERED AND ADJUDGED

24      That judgment is hereby entered in accordance with the Court's

25  Order filed on September 11, 2012 (Court Document #56).

26      That Defendants, CITRUS HEIGHTS POLICE DEPARTMENT, BRIAN BARRON,

27  JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE FORD and CHRIS BOYD be

28

---

awarded attorney's fees in the amount of $4,108.50 as against the Plaintiff, JANIS STARKEY.

DATED: 11/15/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

(CCH1201)P111312.JudgmentAttyFees