Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel Betowski, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California  95811
Telephone (916) 447-8400
Facsimile (916) 447-0720

Attorney for Plaintiffs Garr Ooley
and Janis Starkey

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARR OOLEY<br><br>Plaintiff,<br><br>vs.<br><br>CITRUS HEIGHTS POLICE DEPARTMENT, BRIAN BARRON, JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE FORD, CHRIS BOYD, , NICOLAS MAURER,<br><br>Defendants | Case No. 12-CV-00095-JAM-CKD<br><br>**STIPULATION RE DISMISSAL OF NICOLAS MAURER; ORDER THEREON** |

The parties hereby STIPULATE as to the following Order of Dismissal of Defendant Nicolas Maurer:

1. In light of the Court's rulings on plaintiffs' First and Second Claims for Relief [Orders dated May 25, 2012 and January 3, 2013], defendant Nicolas Maurer is hereby DISMISSED from this matter.

2. The dismissal of Nicolas Maurer is made WITHOUT waiver of any appellate issues as to the Court's orders dismissing the First and Second Claims for Relief and any Judgment issued thereon.

3. If the Orders are reversed in part or in whole, and either of the claims for relief are reinstated on appeal, the dismissal as to Nicolas Maurer may be undone and Mr. Maurer can be brought back into the case.

4. By signing this stipulation, Defendants Citrus Heights Police Department, Brian Barron, Janet Schaeffer, D Christensen, Christine Ford, and Chris Boyd do not WAIVE any of their defenses, arguments or claims they have on any issue in this case.

**SO STIPULATED**:

FRANCK & ASSOCIATES

_____   Dated: February \_\_\_\_, 2013
Herman Franck, Esq.
Attorney for Plaintiffs Garr Ooley
And Janis Starkey

CABLE GALLAGHER LAW FIRM

_____          Dated: February \_\_\_\_, 2013
Mark Gallagher, Esq.
Attorney for Defendants Michelle R. Kirwan,
Trevor Kirwan, Leland Murray, Jr.,
Mary Murray, Stephanie Murray
Anthony Larish, Dreama C. Larish,
Alan Spinner, and Jonathan Hanley


TONON & ASSOCIATES


_____          Dated: February\_\_\_\_, 2013
Gayle Tonon, Esq.
Attorney for Defendants Citrus Heights
Police Department, Brian Barron, Janet
Schaefer, D. Christensen, Christine Ford
and Chris Boyd

**ORDER BASED ON STIPULATION**

The court hereby ACCEPTS the foregoing stipulation and ORDERS that Nicolas Maurer is hereby DISMISSED from this action subject to the above terms and conditions.

SO ORDERED:

Date:   3/7/2013

/s/ John A. Mendez_____

Hon. John A. Mendez
Judge, US District Court, Eastern District of California