**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARR OOLEY<br><br>Plaintiff,<br><br>vs.<br><br>CITRUS HEIGHTS POLICE DEPARTMENT, BRIAN BARRON, JANET SCHAEFER, D. CHRISTENSEN, CHRISTINE FORD, CHRIS BOYD, LELAND MURRAY, STEPHANIE MURRAY, MARY MURRAY, NICOLAS MAURER, YVONNE STEINER MAURER, MICHELLE KIRWAN, TREVOR KIRWAN, DREAMA C. LARISH, ANTHONY LARISH, JONATHAN HANLY, ALAN SPINNER<br><br>Defendants | Case No. 12-CV-00095-JAM-CKD<br><br><br>**JUDGMENT** |

DECISION BY THE COURT. This action as to the Plaintiffs GARR OOLEY and JANIS STARKEY, came to hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That judgment of dismissal of the entire action is hereby entered.


So Order, Adjudged, and Decreed:

Date: 4/3/2013

/s/ John A. Mendez_____

Hon. John A. Mendez
Judge, US District Court, Eastern District of California